# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT CALIFORNIA - SACRAMENTO

| | |
|---|---|
| EMMET D. DAVIS, an individual<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BUFFETS, INC., a Minnesota corporation; FP3-3 LLC, a California limited liability company,<br><br>　　　　　Defendants.<br>_____ | **Case No.: 13-CV-02264 JAM-AC**<br><br>**ORDER ON STIPULATION FOR EXTENSION TO FILE ANSWER** |

Having read the foregoing Stipulation, and good cause appearing, the Court hereby GRANTS the Stipulation and grants the extension for Defendant to file an answer in the above-captioned action until December 31, 2013.

**IT IS SO ORDERED.**

DATED:   12/2/2013                         /s/ John A. Mendez_____

　　　　　　　　　　　　　　　　　　　　U. S. DISTRICT COURT JUDGE