**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT CALIFORNIA - SACRAMENTO**

| | |
|---|---|
| EMMET D. DAVIS, an individual ) | **Case No.: 13-CV-02264 JAM-AC** |
| Plaintiff, ) | |
| vs. ) | **ORDER ON STIPULATION FOR EXTENSION TO FILE ANSWER** |
| BUFFETS, INC., a Minnesota corporation; FP3-3 LLC, a California limited liability company, ) | |
| Defendants. ) | |

Having read the foregoing Stipulation, and good cause appearing, the Court hereby GRANTS the Stipulation and grants the extension for Defendant to file an answer in the above-captioned action.

**IT IS SO ORDERED**

DATED: 12/20/2013            /s/ John A. Mendez_____

                              JUDGE OF THE DISTRICT COURT